IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

BRENT MILLER,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

    Petitioner,

v.

CASE NO. 1D17-1310

STATE OF FLORIDA,

    Respondent.

_____/

Opinion filed August 15, 2017.

Petition for Belated Appeal -- Original Jurisdiction.

Brent Miller, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.


PER CURIAM.

Petitioner is granted a belated appeal of the July 17, 2013, judgment and sentence in Leon County Circuit Court case number 2003-CF-00880-A. Upon issuance of mandate in this cause, a copy of this opinion shall be provided to the clerk of the circuit court for treatment as the notice of appeal. Fla. R. App. P. 9.141(c)(6)(D). If petitioner qualifies for appointed counsel, the trial court shall appoint counsel to represent petitioner on appeal.

ROWE, MAKAR, and JAY, JJ., CONCUR.